IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DOROTHY M. CHILDRESS                                                      PLAINTIFF

v.                            NO. 3:19-cv-00023 KGB/PSH

NANCY A. BERRYHILL, Acting Commissioner                                   DEFENDANT
of the Social Security Administration

## ORDER

Plaintiff Dorothy M. Childress has filed an application to proceed in the district court without prepaying fees or costs, a submission the Clerk of the Court has construed as a motion for leave to proceed in forma pauperis. See Document 1. The Court has reviewed the motion and finds that it should be, and is, granted. Plaintiff may proceed without the prepayment of fees or costs or the giving of security. The Clerk of the Court shall issue summons to plaintiff, and plaintiff shall serve the proper parties.

DATED this 8th day of February, 2019.

_____
UNITED STATES MAGISTRATE JUDGE