IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DOROTHY M. CHILDRESS                                                    PLAINTIFF

v.                              NO. 3:19-cv-00023 PSH

ANDREW SAUL, Commissioner of                                           DEFENDANT
the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is

entered for the Commissioner of the Social Security Administration.

IT IS SO ORDERED this 26th day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE